ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Debra BECWAR, Petitioner,**

v.

**DEPARTMENT OF LABOR,**
**Respondent.**

**No. 2011–3123.**

United States Court of Appeals,
Federal Circuit.

April 10, 2012.

Michael W. Jahnke, Loeb & Loeb LLP, of New York, NY, argued for petitioner.

Jeffrey A. Regner, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Harold D. Lester, Jr., Assistant Director.

RADER, Chief Judge, PLAGER and LOURIE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

**NORTHROP CORPORATION EM-PLOYEE INSURANCE BENEFIT PLANS MASTER TRUST, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2011–5125.**

United States Court of Appeals,
Federal Circuit.

April 10, 2012.

Eric R. Fox, Ivins, Phillips & Barker, Chartered, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Patrick J. Smith.

Arthur T. Catterall, Attorney, Tax Division, Appellate Section, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Tamara W. Ashford, Deputy Assistant Attorney General, and Kenneth L. Greene, Attorney.

MOORE, CLEVENGER, and REYNA, Circuit Judges.